

HARTER·SECREST&EMERY LLP
ATTORNEYS AND COUNSELORS
WWW.HSELAW.COM

March 22, 2006

**Via Facsimile and Hand Delivery**

Melissa Y. Schoen, Courtroom Deputy Clerk
U.S. District Court
100 State Street
Rochester, New York 14614

     Re:  *Mary T. Donlon v. Greece Central School District, et al.*
           *Civil Action No. 06-CV-6027 T(Fe)*

Dear Ms. Schoen:

    We are writing on behalf of all Defendants and counsel for the Plaintiff, to request that the Motion for Leave to File a Late Notice of Claim, filed by the Plaintiff and currently with a return date of April 26, 2006, be postponed until May 11, 2006. The Plaintiff has reserved reply time on this Motion; therefore, with the extension, opposition papers would be due to the Court no later than Monday, May 1, 2006.

    The reason for this request is that Plaintiff's counsel has advised that he has become aware of a significant conflict in his schedule which will prevent him from timely filing reply papers should the return date remain as April 26, 2006. The Defendants do not oppose the extension on this basis.

    If you have any questions, please do not hesitate to contact me.

                            Very truly yours,

                            Lucinda

                            Lucinda Odell Lapoff
                            DIRECT DIAL: 585-231-1254
                            E-MAIL: LLAPOFF@HSELAW.COM

LOL:sck

cc:  James Bilik, Esq.
      Daniel Moore, Esq.

**SO ORDERED:**                         3/23/06
  S/MICHAEL A. TELESCA      Dated: _____
**Honorable Michael A. Telesca**
**United States District Court Judge**

1600 BAUSCH & LOMB PLACE · ROCHESTER, NEW YORK 14604-2711 · PHONE: 585.232.6500 · FAX: 585.232.2152
NEW YORK · ALBANY, NEW YORK · NAPLES, FLORIDA