

**nysut**
New York State United Teachers

Office of General Counsel
James R. Sandner
General Counsel

Albany
Richard E. Casagrande
Associate General Counsel

Ivor R. Moskowitz
Associate General Counsel

New York
Claude I. Hersh
Associate General Counsel

Stuart I. Lipkind
Associate General Counsel

Richard A. Shane
Associate General Counsel

May 8, 2006

<u>**By FAX (585-613-4065) and First Class Mail**</u>
Hon. Michael A. Telesca, U.S. District Court Judge
U.S. District Court, Western District of New York
100 State Street
Rochester, New York 14614

Re:  Donlon, Mary v. BOE, Greece Central School District, et al.
     Civ. No. 06-cv-6027(T)(Fe)  (Our File No. 5990-F152)

Dear Judge Telesca:

I am writing on behalf of the plaintiff to request an adjournment of the May 11, 2006 return date for plaintiff's motion for an extension of time to serve a notice of claim and other relief, until May 25, 2006. I have contacted counsel for all defendants, and they do not oppose this request. Plaintiff's reply papers would be due to the Court and counsel on or before May 22, 2006.

Thank you very much.

Respectfully yours,

JAMES R. SANDNER

By: _____
James D. Bilik
Senior Counsel

JDB/srl
5990/62253:cwa 1141
cc:  Daniel J. Moore, Esq.
     (by FAX [585-419-8817] and First Class Mail)
     Harris Beach, PLLC
     99 Garnsey Road
     Pittsford, New York 14534

     Lucinda Odell Lapoff, Esq.
     (by FAX [585-232-2152] and First Class Mail)
     Harter, Secrest & Emery, LLP
     1600 Bausch & Lomb Place
     Rochester, New York 14604-2711

SO ORDERED:

S/MICHAEL A. TELESCA
_____
Hon. Michael A. Telesca
U.S.D.J.
            DATED:  5/9/06

800 Troy-Schenectady Road • Latham, N.Y. 12110-2455 • 518-213-6000

*Affiliated with the American Federation of Teachers, AFL-CIO • Representing teachers and other professionals, school-related professionals, higher education professionals, health care professionals, and retirees*

